

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Helwig Van Der Grinten, James W. Dalton and Anis Hussain v. City of Sugarland, Joe R. Zimmerman, Doug Brinkley and Allen Bogard

Appellate case number:   01-17-00626-CV

Trial court case number:  17-DCV-238872

Trial court:             434th District Court of Fort Bend County

In response to appellants' motion to abate, this Court issued an order abating the appeal pending the Texas Supreme Court's ruling on the appeal and rehearing in *Garcia v. City of Willis*, No. 17-0713, 2019 WL 1967140 (Tex. 2019). Because the *Garcia* case is now final, appellee filed an agreed motion to file supplemental briefing concerning the *Garcia* case.

The abatement is **lifted** and the appeal is **reinstated** on the active docket. The motion to file supplemental briefing is **granted**. Appellants' supplemental brief shall be filed **within 20 days of the date of this order**. Appellee may file a supplemental brief **within 20 days of the date appellants file their supplemental brief.**

It is so ORDERED.


Judge's signature: ____/s/ Justice Peter Kelly____
                   ☑ Acting individually    ☐ Acting for the Court


Date: ___November 19, 2019___